UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

KAREN BANERIAN, an individual,

Plaintiff,

v.

AARGON AGENCY, INC.; PLUSFOUR, INC.; and VEGAS VALLEY COLLECTION.,

Defendants.

Case No. 2:19-cv-00987-RFB-EJY

**ORDER**

Presently before the Court is Plaintiff's Proposed Stipulated Protective Order (the "SPO"). ECF No. 10. At the same time and since the filing of the SPO, Plaintiff has voluntarily dismissed, with prejudice, all of her claims against Defendants Vegas Valley Collection and Aargon Agency, Inc. ECF Nos. 9, 12. Further, Plaintiff has filed a Notice of Settlement with Defendant PlusFour, Inc. (ECF No. 14), stating that the parties anticipate filing a Stipulation for Dismissal of the Action within 60 days. Plaintiff requests all pending dates and filing requirements as to PlusFour, Inc. be vacated and that the Court set a deadline for filing a dismissal as to PlusFour, Inc.

Accordingly,

IT IS HEREBY ORDERED that within sixty (60) days from the date of this Order, the parties shall file a stipulation to dismiss PlusFour, Inc. with prejudice.

IT IS FURTHER ORDERED that Plaintiff's Proposed Stipulated Protective Order (ECF No. 10) is denied as moot.

IT IS FURTHER ORDERED that all pending dates and filing requirements as to PlusFour are vacated.

DATED THIS 30th day of August, 2019.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1