Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Las Vegas, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KAREN BANERIAN,<br><br>Plaintiff,<br><br>vs.<br><br>AARGON AGENCY, INC; PLUSFOUR, INC; and VEGAS VALLEY COLLECTION,<br><br>Defendants. | Case No.: 2:19-cv-00987-RFB-EJY<br><br>**STIPULATION AND ORDER DISMISSING PLUSFOUR, INC., WITH PREJUDICE** |

PLEASE TAKE NOTICE that Plaintiff KAREN BANERIAN ("Plaintiff") and Defendant PLUSFOUR, INC. ("PlusFour") hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2).

There are no longer any issues in this matter between Plaintiff and PlusFour to be

STIPULATION AND ORDER DISMISSING PLUSFOUR, INC., WITH PREJUDICE - 1

determined by the Court, and PlusFour is the only remaining defendant.  Plaintiff hereby stipulates that all of her claims and causes of action against PlusFour, which were or could have been the subject matter of this lawsuit, are hereby dismissed with prejudice, without costs or fees to any party.

    IT IS SO STIPULATED.
    Dated September 3, 2019.

| **KNEPPER & CLARK LLC** | **SHUMWAY VAN** |
|---|---|
| /s/ *Matthew I. Knepper* | /s/ *Garrett R. Chase* |
| Matthew I. Knepper, Esq. | Garrett R. Chase, Esq. |
| Nevada Bar No. 12796 | Nevada Bar No. 14498 |
| Miles N. Clark, Esq. | 8985 S. Eastern Avenue, Suite 100 |
| Nevada Bar No. 13848 | Las Vegas, NV 89123 |
| 5510 So. Fort Apache Rd, Suite 30 | Email: garrett@shumwayvan.com |
| Las Vegas, NV 89148 | |
| Email: matthew.knepper@knepperclark.com | *Counsel for Defendant* |
| Email: miles.clark@knepperclark.com | *PlusFour, Inc.* |
| | |
| **HAINES & KRIEGER LLC** | |
| David H. Krieger, Esq. | |
| Nevada Bar No. 9086 | |
| 8985 S. Eastern Avenue, Suite 350 | |
| Las Vegas, NV 89123 | |
| Email: dkrieger@hainesandkrieger.com | |
| | |
| *Counsel for Plaintiff* | |

## ORDER GRANTING

## STIPULATION OF DISMISSAL OF PLUSFOUR, INC., WITH PREJUDICE

**IT IS SO ORDERED.**



_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 4th day of September, 2019.

STIPULATION AND ORDER DISMISSING PLUSFOUR, INC., WITH PREJUDICE - 2